778 A.2d 441

IN THE MATTER OF RUSSELL E. PAUL,
AN ATTORNEY AT LAW.

July 9, 2001.

ORDER

This matter having been duly presented to the Court, it is ORDERED that **RUSSELL E. PAUL** of **WOODBURY**, who was admitted to the bar of this State in 1966, and who was suspended from the practice of law for a period of three months effective April 9, 2001, by Order of this Court dated March 7, 2001, be restored to the practice of law, effective immediately.